DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEOCADIO SANCHEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00163-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| LEOCADIO SANCHEZ-HERNANDEZ ) | Date:   June 5, 2008 |
|   aka Leocadio Sanchez, ) | Time:   9:00 a.m. |
|   aka Leocadio Hernandez ) | Judge: Hon. Morrison E. England, |
|  Sanchez, ) |          Jr. |
| ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and LEOCADIO SANCHEZ-HERNANDEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 29, 2008, be vacated and rescheduled for status conference on June 5, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel will be out of the district on May 29, 2008, and not available.

///

IT IS FURTHER STIPULATED that the period from May 29, 2008, through and including June 5, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: May 19, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LEOCADIO SANCHEZ-HERNANDEZ

Dated: May 19, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE