1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LEOCADIO SANCHEZ-HERNANDEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      ) No. 2:08-cr-00163-MCE
13                                )
                Plaintiff,        )
14                                ) STIPULATION AND ORDER CONTINUING
        v.                        ) STATUS CONFERENCE
15                                )
   LEOCADIO SANCHEZ-HERNANDEZ     ) Date:  June 26, 2008
16    aka Leocadio Sanchez,       ) Time:  9:00 a.m.
      aka Leocadio Hernandez      ) Judge: Hon. Morrison E. England,
17   Sanchez,                     )        Jr.
                                  )
18                                )
                Defendant.        )
19 _____)

20      It is hereby stipulated and agreed to between the United States of

21 America through Daniel S. McConkie, Assistant United States Attorney,

22 and LEOCADIO SANCHEZ-HERNANDEZ, by and through his counsel, Matthew C.

23 Bockmon, Assistant Federal Defender, that the status conference

24 presently scheduled for June 12, 2008, be vacated and rescheduled for

25 status conference on June 26, 2008, at 9:00 a.m.

26 ///

27 ///

28 ///

1  This continuance is being requested because defense counsel needs
2  additional time to review the proposed plea agreement with defendant.
3  IT IS FURTHER STIPULATED that the period from June 12, 2008,
4  through and including June 26, 2008, be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
7  preparation of counsel.

Respectfully submitted,

Dated: June 10, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
LEOCADIO SANCHEZ-HERNANDEZ

Dated: June 10, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: June 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                            -2-